EXHIBIT 2

US6970706 vs Zoom

| Claim | Zoom Phone ("The Accused Instrumentality") |
|---|---|
| 1. A system for providing a hierarchical call control paradigm in a cordless phone system, comprising: | The accused instrumentality is a system for providing a hierarchical call control paradigm (e.g., Call handling) in a cordless phone system (e.g., Yealink DECT W60P Kit).   https://explore.zoom.us/en/products/zoom-phone/ |

EXHIBIT 2

# Zoom Phone Certified Hardware

## Overview

The table below provides the list of supported phone devices for Zoom Phone. You can also see a list of supported features. Before you add devices to Zoom Phone, see an overview of the provisioning process. Visit the Zoom Certified page for more information on certification and the full list of Zoom Certified Devices.

https://support.zoom.us/hc/en-us/articles/360001299063-Zoom-Phone-certified-hardware

| | | | | |
|---|---|---|---|---|
| VP59 Video IP Phone (note C) | ✓ | AES-256 | 91.85.3.9 | ✓ |
| W56P DECT Phone | ✓ | AES-256 | 25.81.3.6 | ✓ |
| W60P DECT Phone | ✓ | AES-256 | 77.85.3.6 | ✓ |
| Yealink W80M DECT IP Multi-cell System | ✓ | AES-256 | 103.83.3.6 | ✓ |
| Yealink W90M DECT IP Multi-cell System | ✓ | AES-256 | 130.85.3.6 | ✓ |

https://support.zoom.us/hc/en-us/articles/360001299063-Zoom-Phone-certified-hardware

EXHIBIT 2



https://explore.zoom.us/en/products/zoom-phone/hardware-as-a-service/order-form/

EXHIBIT 2

| | <br>Zoom Help Center > Zoom Phone > User<br># Customizing call handling settings<br>Getting Started<br>Audio, Video, Sharing<br>Meetings & Webinars<br>Zoom Phone<br>Account & Admin<br>Zoom Rooms<br>SIP / H.323<br>Messaging<br>Integration<br>On-Premise<br>Training<br>Related articles<br>Customizing audio greetings and hold music<br>Creating a shared directory of external contacts<br>## Overview<br>Admins and phone users can customize call handling settings to determine how calls are routed during business, closed, or holiday hours. For example, you can customize settings so that during business hours, you receive calls on the Zoom desktop client and mobile app, but during closed hours, all calls go straight to your voicemail.<br>This article covers:<br>• Accessing call handling settings<br>  • Admin<br>  • Phone user<br>• Customizing call handling settings<br>https://support.zoom.us/hc/en-us/articles/360059966372 |
|---|---|

EXHIBIT 2

<table>
<tr><td></td><td>

**Zoom Desktop App**

A simple to use and completely integrated unified desktop app for Apple MacOS and Microsoft Windows

**Call Transfer**

Supervised and blind transfer capabilities ensure you can easily route calls to the right person anytime, anywhere

**Call Forwarding**

Manage personal call handling rules to redirect calls to internal users and external phone numbers

**Call Recording**

On-demand and full time recording, transcriptions and playback allows you to easily archive and retrieve phone conversations

**Salesforce Integration**

Native Salesforce.com integration improves productivity with click-to-dial, screen pops, and automated call activity logging

**Call Blocking**

End users can manage personal call blacks lists to automatically block unwanted calls

https://explore.zoom.us/en/products/zoom-phone/features/
</td></tr>
<tr><td>a base station operable in a broadcast mode and a standard mode;<br><br>*In addition to being coupled to the Internet 406, the base station 402 is connected to a conventional telephone switching network 410*</td><td>The accused instrumentality comprises a base station (e.g., Yealink DECT W60P base station) operable in a broadcast mode (e.g., paging) and a standard mode (e.g., PSTN mode).</td></tr>
</table>

EXHIBIT 2

| | |
|---|---|
| *so as to be able to receive a conventional phone call.* | <br>https://explore.zoom.us/en/products/zoom-phone/hardware-as-a-service/order-form/ |

EXHIBIT 2

| | |
|---|---|
| | • **W60B Base Station**   "Yealink_W60P_User_Guide_V81_30.pdf" available at http://support.yealink.com/documentFront/forwardToDocumentDetailPage?documentId=206 <br><br> **Call Features** <br><br> The W60P DECT IP phone is designed to be easily used like a regular phone on a public switched telephone network (PSTN). You can place internal and external calls, answer calls, transfer a call to someone else, or conduct a conference call. <br><br> This chapter provides operating instructions of the call features. Topics include: <br><br> "Yealink_W60P_User_Guide_V81_30.pdf" available at http://support.yealink.com/documentFront/forwardToDocumentDetailPage?documentId=206 |

EXHIBIT 2

| | |
|---|---|
| | **Multicast Paging**<br><br>You can use multicast paging to quickly and easily broadcast time-sensitive announcements to people who are listening to a specific multicast group and a specific channel. You can configure a paging list, which allows you to send a Real Time Transport Protocol (RTP) stream to the pre-configured multicast address(es) and channel(s) without involving SIP signaling. You can configure the phone to receive an RTP stream from pre-configured multicast listening address(es) and channel(s) without involving SIP signaling. You can specify up to 31 multicast listening addresses and channels.<br><br>"Yealink_W60P_User_Guide_V81_30.pdf" available at http://support.yealink.com/documentFront/forwardToDocumentDetailPage?documentId=206 |
| a plurality of mobile units communicatively coupled to the base station; | The accused instrumentality comprises a plurality of mobile units (e.g., Yealink DECT W60P base Supports 5 DECT handsets) communicatively coupled to the base station (e.g., Yealink DECT W60P base station). |

EXHIBIT 2



https://explore.zoom.us/en/products/zoom-phone/hardware-as-a-service/order-form/

EXHIBIT 2

<table>
<tr><td></td><td>

## Handset Registration

Each handset can be registered up to 4 different base stations. You can select the desired base to use and rename it.

Note: You can register up to 8 handsets to one base station.

## Registering a Handset

W60B base station supports W56H handset with firmware version 61.81.0.30 or later. If your handset doesn't meet the requirement, upgrade the handset firmware first, then start to register the handset.

**To register a new handset manually:**

When the handset LCD screen prompts "Press base paging 2s then press Reg.", long press on the base station till the registration LED flashes. There are two methods to register a new handset:

**Easy Registration**:

1. Press the **Reg** soft key on the handset to register quickly.

**Normal Registration**:

1. Press the **OK** soft key on the handset, and then select **Register Handset**.
2. Select the desired base and then press the **OK** soft key. The handset begins searching the base.

"Yealink_W60P_User_Guide_V81_30.pdf" available at http://support.yealink.com/documentFront/forwardToDocumentDetailPage?documentId=206</td></tr>
<tr><td>a directory server coupled to the base station;</td><td>The accused instrumentality comprises a directory server (e.g., Synced/External Contacts and other connected directories) coupled to the base station (e.g., Yealink DECT W60P base).</td></tr>
</table>

EXHIBIT 2

| | |
|---|---|
| | **Remote Phone Book**<br><br>You can access your remote phone book on your handset. You can add contacts to the local directory from the remote phone book. You can also dial a contact from the remote phone book. Contact your system administrator for the access URL of the remote phone book.<br><br>**To configure the access URL of the remote phone book via web user interface:**<br><br>**1.** Click on **Directory**->**Remote Phone Book**.<br>**2.** Enter the access URL in the **Remote URL** field.<br>**3.** Enter the name in the **Display Name** field.<br><br><br><br>**4.** Click **Confirm** to accept the change.<br><br>**Note** All the handsets that are registered to the base station can access to the remote phone book.<br><br>"Yealink_W60P_User_Guide_V81_30.pdf" available at http://support.yealink.com/documentFront/forwardToDocumentDetailPage?documentId=206 |

EXHIBIT 2

| | |
|---|---|
| |  > User<br># Creating or editing synced contacts using call history or voicemail<br>## Overview<br>If you have Zoom Phone license and you've set up contacts integration, you can create synced contacts using your call history or voicemail. You can also edit an existing synced by adding a phone number to it.<br>Synced contacts are saved in your third-party contacts service (for example, Google or Outlook) and are synced to the Zoom desktop client so that you can easily view, call, or message your contacts from Zoom.<br>This article covers:<br>• Creating a new synced contact<br>• Editing an existing synced contact by adding a phone number<br>## Prerequisites<br>• Zoom Phone license<br>• Policy setting for voicemail enabled by your admin<br>• Contacts integration set up with the **Write** permission enabled for contacts<br>**Note:** Contact your admin if you can't select the **Write** permission enabled. They may have restricted access to contact permissions.<br>https://support.zoom.us/hc/en-us/articles/360061936271-Creating-or-editing-synced-contacts-using-call-history-or-voicemail |

EXHIBIT 2

| | |
|---|---|
| | **Creating a new synced contact**<br><br>You can create synced contacts using your call history or voicemail.<br><br>1. Sign in to the Zoom desktop client.<br>2. Click the **Phone** tab.<br>3. Click the **Voicemail** tab.<br>4. Hover over a voicemail entry, click the ellipses button ··· , then click **Create Google Contact** or **Create Outlook Contact**.<br>5. Enter the following information:<br>• First name<br>• Last name<br>• Email<br>• Phone number (pre-entered from the call history voicemail entry)<br>• Phone number type (**Home**, **Main**, **Work**, **Mobile**)<br>**Note:** The available number types are based on the third-party contacts service.<br>• Contact folder: Select the contact folder to add the new contact to.<br>**Note:** Contact folders are only supported if you set up contact integration with Outlook, Office 365, or Exchange. Sign in to your Outlook, Office 365, or Exchange account to edit contact folders. If you set up contacts integration with Google, you will only see one option.<br>6. Click **Create**.<br>• The new synced contact will appear in the **Contacts** tab, under the **Cloud Contacts** section.<br>• If you set up contacts integration with Outlook, Office 365, or Exchange and you've organized contact into folders, you will see your contacts organized by these folders under **Cloud Contacts**<br><br>https://support.zoom.us/hc/en-us/articles/360061936271-Creating-or-editing-synced-contacts-using-call-history-or-voicemail |

EXHIBIT 2

| | |
|---|---|
| | > Zoom Phone > Administrative<br><br>**Creating a shared directory of external contacts**<br><br>**Overview**<br><br>Note:<br>• This feature is different than viewing the internal contacts directory on desk phones. For more information, see the list of desk phone features.<br>• Phone users can't access the shared directory on provisioned desk phones. See the limitations for more information.<br><br>Account owners and admins can create a shared directory of external contacts. The shared directory is accessible by phone users using the Zoom desktop client or mobile app. When creating a directory, you can specify a third-party PBX provider so that Zoom Phone users can communicate with the external contacts.<br><br>This feature can be useful is these scenarios:<br><br>https://support.zoom.us/hc/en-us/articles/360037050092-Creating-a-shared-directory-of-external-contacts |
| a phone number database included in or coupled to the directory server arranged to store any number of phone numbers, | The accused instrumentality comprises a phone number database (e.g., phone number database of the Synced/ External Contacts) included in or coupled to the directory server (e.g., Synced/ External Contacts and other connected directories) arranged to store any number of phone numbers (e.g., by creating or uploading contact). |

EXHIBIT 2

| | |
|---|---|
| |  > Zoom Phone > User<br><br># Creating or editing synced contacts using call history or voicemail<br><br>## Overview<br><br>If you have Zoom Phone license and you've set up contacts integration, you can create synced contacts using your call history or voicemail. You can also edit an existing synced by adding a phone number to it.<br><br>Synced contacts are saved in your third-party contacts service (for example, Google or Outlook) and are synced to the Zoom desktop client so that you can easily view, call, or message your contacts from Zoom.<br><br>This article covers:<br><br>• Creating a new synced contact<br>• Editing an existing synced contact by adding a phone number<br><br>## Prerequisites<br><br>• Zoom Phone license<br>• Policy setting for voicemail enabled by your admin<br>• Contacts integration set up with the **Write** permission enabled for contacts<br>**Note:** Contact your admin if you can't select the **Write** permission enabled. They may have restricted access to contact permissions.<br><br>https://support.zoom.us/hc/en-us/articles/360061936271-Creating-or-editing-synced-contacts-using-call-history-or-voicemail |

EXHIBIT 2

| | |
|---|---|
| | **Creating a new synced contact**<br>You can create synced contacts using your call history or voicemail.<br>1. Sign in to the Zoom desktop client.<br>2. Click the **Phone** tab.<br>3. Click the **Voicemail** tab.<br>4. Hover over a voicemail entry, click the ellipses button ··· , then click **Create Google Contact** or **Create Outlook Contact**.<br>5. Enter the following information:<br>• First name<br>• Last name<br>• Email<br>• Phone number (pre-entered from the call history voicemail entry)<br>• Phone number type (**Home**, **Main**, **Work**, **Mobile**)<br>**Note:** The available number types are based on the third-party contacts service.<br>• Contact folder: Select the contact folder to add the new contact to.<br>**Note:** Contact folders are only supported if you set up contact integration with Outlook, Office 365, or Exchange. Sign in to your Outlook, Office 365, or Exchange account to edit contact folders. If you set up contacts integration with Google, you will only see one option.<br>6. Click **Create**.<br>• The new synced contact will appear in the **Contacts** tab, under the **Cloud Contacts** section.<br>• If you set up contacts integration with Outlook, Office 365, or Exchange and you've organized contact into folders, you will see your contacts organized by these folders under **Cloud Contacts**<br>https://support.zoom.us/hc/en-us/articles/360061936271-Creating-or-editing-synced-contacts-using-call-history-or-voicemail |

EXHIBIT 2

| | |
|---|---|
| |  > Zoom Phone > Administrative<br><br>**Creating a shared directory of external contacts**<br><br>**Overview**<br><br>**Note:**<br>• This feature is different than viewing the internal contacts directory on desk phones. For more information, see the list of desk phone features.<br>• Phone users can't access the shared directory on provisioned desk phones. See the limitations for more information.<br><br>Account owners and admins can create a shared directory of external contacts. The shared directory is accessible by phone users using the Zoom desktop client or mobile app. When creating a directory, you can specify a third-party PBX provider so that Zoom Phone users can communicate with the external contacts.<br><br>This feature can be useful is these scenarios:<br><br>https://support.zoom.us/hc/en-us/articles/360037050092-Creating-a-shared-directory-of-external-contacts |

EXHIBIT 2

| | Adding a contact<br><br>Follow these steps to add contacts one at a time.<br><br>1. Sign in to the Zoom web portal.<br>2. In the navigation menu, click **Phone System Management** then **Company Info**.<br>3. Click **Account Settings** at the top of the page.<br>4. Click the **External Contacts** tab.<br>5. Click **Add**.<br>6. Specify the contact fields.<br><br>Adding contacts using a CSV file<br><br>You can create several contacts at once by importing a CSV file.<br>https://support.zoom.us/hc/en-us/articles/360037050092-Creating-a-shared-directory-of-external-contacts |
|---|---|

EXHIBIT 2

## Line Status Screen

Press the **Line** soft key to enter the line status screen. The line status screen displays as below:

**Idle Screen description:**

| No. | Description |
|---|---|
| 1 | Displays the selected menu name. |
| 2 | Displays the registered line number and the corresponding line (display user name by default).<br>Line1 to Line8:<br>The default outgoing line will display on the first line of screen.<br>For more information on the user name, refer to Registering Account on page 29. |
| 3 | Displays the icon of line status. The icon indicates the corresponding feature that assigned to the line.<br>For example, indicates that the line is unassigned as outgoing line for the handset, indicates the forward feature is enabled for the line. For more information on feature status icon, refer to Icon |

"Yealink_W60P_User_Guide_V81_30.pdf" available at http://support.yealink.com/documentFront/forwardToDocumentDetailPage?documentId=206

EXHIBIT 2

| | |
|---|---|
| a caller identification database coupled to the phone number database arranged to store a caller identifier caller identifier uniquely associated with a phone number corresponding to a received phone call; and | The accused instrumentality comprises a caller identification database (e.g., database having information like first name, last name, emails etc. of the phone number) coupled to the phone number database (e.g., Synced/ External Contacts) arranged to store a caller identifier (e.g., first name, last name etc.) uniquely associated with a phone number corresponding to a received phone call (e.g., incoming call).<br><br> > User<br><br>**Creating or editing synced contacts using call history or voicemail**<br><br>**Overview**<br><br>If you have Zoom Phone license and you've set up contacts integration, you can create synced contacts using your call history or voicemail. You can also edit an existing synced by adding a phone number to it.<br><br>Synced contacts are saved in your third-party contacts service (for example, Google or Outlook) and are synced to the Zoom desktop client so that you can easily view, call, or message your contacts from Zoom.<br><br>This article covers:<br>• Creating a new synced contact<br>• Editing an existing synced contact by adding a phone number<br><br>**Prerequisites**<br><br>• Zoom Phone license<br>• Policy setting for voicemail enabled by your admin<br>• Contacts integration set up with the **Write** permission enabled for contacts<br>**Note:** Contact your admin if you can't select the **Write** permission enabled. They may have restricted access to contact permissions.<br><br>https://support.zoom.us/hc/en-us/articles/360061936271-Creating-or-editing-synced-contacts-using-call-history-or-voicemail |

EXHIBIT 2

| | |
|---|---|
| | **Creating a new synced contact**<br><br>You can create synced contacts using your call history or voicemail.<br><br>1. Sign in to the Zoom desktop client.<br>2. Click the **Phone** tab.<br>3. Click the **Voicemail** tab.<br>4. Hover over a voicemail entry, click the ellipses button ··· , then click **Create Google Contact** or **Create Outlook Contact**.<br>5. Enter the following information:<br>• First name<br>• Last name<br>• Email<br>• Phone number (pre-entered from the call history voicemail entry)<br>• Phone number type (**Home**, **Main**, **Work**, **Mobile**)<br>**Note:** The available number types are based on the third-party contacts service.<br>• Contact folder: Select the contact folder to add the new contact to.<br>**Note:** Contact folders are only supported if you set up contact integration with Outlook, Office 365, or Exchange. Sign in to your Outlook, Office 365, or Exchange account to edit contact folders. If you set up contacts integration with Google, you will only see one option.<br>6. Click **Create**.<br>• The new synced contact will appear in the **Contacts** tab, under the **Cloud Contacts** section.<br>• If you set up contacts integration with Outlook, Office 365, or Exchange and you've organized contact into folders, you will see your contacts organized by these folders under **Cloud Contacts**<br><br>https://support.zoom.us/hc/en-us/articles/360061936271-Creating-or-editing-synced-contacts-using-call-history-or-voicemail |

EXHIBIT 2

| | |
|---|---|
| |  > Zoom Phone > Administrative<br><br># Creating a shared directory of external contacts<br><br>## Overview<br><br>**Note:**<br><br>• This feature is different than viewing the internal contacts directory on desk phones. For more information, see the list of desk phone features.<br>• Phone users can't access the shared directory on provisioned desk phones. See the limitations for more information.<br><br>Account owners and admins can create a shared directory of external contacts. The shared directory is accessible by phone users using the Zoom desktop client or mobile app. When creating a directory, you can specify a third-party PBX provider so that Zoom Phone users can communicate with the external contacts.<br><br>This feature can be useful is these scenarios:<br><br>https://support.zoom.us/hc/en-us/articles/360037050092-Creating-a-shared-directory-of-external-contacts |

EXHIBIT 2

| | |
|---|---|
| | **Adding a contact**<br>Follow these steps to add contacts one at a time.<br>1. Sign in to the Zoom web portal.<br>2. In the navigation menu, click **Phone System Management** then **Company Info**.<br>3. Click **Account Settings** at the top of the page.<br>4. Click the **External Contacts** tab.<br>5. Click **Add**.<br>6. Specify the contact fields.<br>**Adding contacts using a CSV file**<br>You can create several contacts at once by importing a CSV file.<br>https://support.zoom.us/hc/en-us/articles/360037050092-Creating-a-shared-directory-of-external-contacts |

EXHIBIT 2

| | |
|---|---|
| | **Line Status Screen**<br><br>Press the **Line** soft key to enter the line status screen. The line status screen displays as below:<br><br><br><br><br>**Idle Screen description:**<br><br>No. / Description<br>1 — Displays the selected menu name.<br>2 — Displays the registered line number and the corresponding line (display user name by default). Line1 to Line8: The default outgoing line will display on the first line of screen. For more information on the user name, refer to Registering Account on page 29.<br>3 — Displays the icon of line status. The icon indicates the corresponding feature that assigned to the line. For example, indicates that the line is unassigned as outgoing line for the handset, indicates the forward feature is enabled for the line. For more information on feature status icon, refer to Icon<br><br>"Yealink_W60P_User_Guide_V81_30.pdf" available at http://support.yealink.com/documentFront/forwardToDocumentDetailPage?documentId=206 |

EXHIBIT 2

| | |
|---|---|
| a priority level data base coupled to the caller identification data base arranged to provide a priority level for the caller identifier, wherein when the phone call is received, the directory server identifies a phone number of the received call, identifies a caller based upon a retrieved caller identifier associated with the identified phone number, retrieves a priority level for the identified caller, and forwards the call to a specific mobile unit based upon the priority level. | The accused instrumentality comprises a priority level (e.g., forward call to multiple numbers or single number or voice mail or block) data base coupled to the caller identification data base (e.g., database having information like first name, last name, emails etc. of the phone number) arranged to provide a priority level (e.g., forward call to multiple numbers or single number or voice mail or block) for the caller identifier (e.g., first name, last name etc.), wherein when the phone call is received, the directory server (e.g., Synced/External Contacts and other connected directories) identifies a phone number of the received call, identifies a caller based upon a retrieved caller identifier associated with the identified phone number (e.g., number of incoming call), and forwards the call to a specific mobile unit (e.g., user specified action) based upon the priority level (e.g., forward call to multiple numbers or single number or voice mail or block).<br><br>**Zoom Desktop App**<br>A simple to use and completely integrated unified desktop app for Apple MacOS and Microsoft Windows<br><br>**Call Transfer**<br>Supervised and blind transfer capabilities ensure you can easily route calls to the right person anytime, anywhere<br><br>**Call Forwarding**<br>Manage personal call handling rules to redirect calls to internal users and external phone numbers<br><br>**Call Recording**<br>On-demand and full time recording, transcriptions and playback allows you to easily archive and retrieve phone conversations<br><br>**Salesforce Integration**<br>Native Salesforce.com integration improves productivity with click-to-dial, screen pops, and automated call activity logging<br><br>**Call Blocking**<br>End users can manage personal call blacks lists to automatically block unwanted calls<br><br>https://explore.zoom.us/en/products/zoom-phone/features/ |

EXHIBIT 2

| | Zoom Help Center > Zoom Phone > User<br><br>Getting Started<br>Audio, Video, Sharing<br>Meetings & Webinars<br>Zoom Phone<br>Account & Admin<br>Zoom Rooms<br>SIP / H.323<br>Messaging<br>Integration<br>On-Premise<br>Training<br><br>Related articles<br>Customizing audio greetings and hold music<br>Creating a shared directory of external contacts<br><br>**Customizing call handling settings**<br><br>**Overview**<br><br>Admins and phone users can customize call handling settings to determine how calls are routed during business, closed, or holiday hours. For example, you can customize settings so that during business hours, you receive calls on the Zoom desktop client and mobile app, but during closed hours, all calls go straight to your voicemail.<br><br>This article covers:<br>• Accessing call handling settings<br>  • Admin<br>  • Phone user<br>• Customizing call handling settings<br><br>https://support.zoom.us/hc/en-us/articles/360059966372 |
|---|---|

EXHIBIT 2

| | Customizing call handling settings<br><br>You can customize how calls are routed during business, closed, and holiday hours.<br><br>**Note:** The lock icon ( ) means a Zoom Phone admin can restrict access to the setting or its options.<br><br>• **Call Handling:** Click **Edit** to customize how calls are routed during the specified hours.<br>**Note:**<br>  ◦ **Zoom Applications** toggle: Turn off the **Zoom Applications** toggle if you don't want to receive calls on the Zoom desktop client and mobile app.<br>  ◦ If you set the **Call Handling Ring Mode** to **Simultaneously**, use the toggles to enable or disable each option.<br>  ◦ If you set the **Call Handling Ring Mode** to **Sequentially**, use the arrow icons or click and drag to rearrange the order.<br>  ◦ Click **Add Phone Number** to forward to an external phone number; for example, a personal phone number not part of Zoom Phone. You can also edit or delete existing external phone numbers.<br>**Note:** Make sure to select the correct country/region in the drop-down menu so you can add the external phone number. Some countries share the same country code, but appear has separate entries in the drop-down menu.<br>  ◦ **Require to press 1 before connecting the call:** Click the check box if you want to require callers to press 1 before connecting to external phone numbers you've added above.<br>• **Call Handling Ring Mode:** Select the method to distribute calls during business, closed, and holiday hours. You can only have one call handling ring mode for all hours specified.<br>**Note:** Zoom applications refers to both the Zoom desktop client and mobile app.<br><br>https://support.zoom.us/hc/en-us/articles/360059966372 |
|---|---|

EXHIBIT 2

| | |
|---|---|
| | • **Max Wait Time:** The maximum wait time before the call is handled as specified in the setting below (**When a call is not answered**).<br>• **When a call is not answered:** Select how unanswered calls are handled during business hours.<br>  • **Forward to voicemail**: Route calls to your voicemail.<br>    • **Allow callers to reach an operator**: Allow callers to press **0** to reach the operator, or press **1** to leave a voicemail message. The operator can be set to any phone user, call queue, auto receptionist, or shared line group. After enabling this option, you can customize audio. **Note:** For admins, this setting is also available in the default call handling settings for the account or site.<br>    • **Allow caller to check voicemail**: Allow callers to check voicemails over phone.<br>    • **Greeting:** Select a greeting from the drop-down menu or click **Audio Library** to customize audio. See the article about audio greetings for more information.<br>  • **Play a message, then disconnect**: Plays a custom message for the caller then hangs up the call. Click **Audio Library** to customize audio.<br>  • **Disconnect:** Disables voicemail during the specified hours. The call will be disconnected without playing the voicemail greeting or routing to voicemail.<br>  • **Forward to another extension**: Route calls to another extension in the account.<br>  • **Forward to External Contacts**: If the account has a directory of external users, you can route calls to an external contact.<br><br>https://support.zoom.us/hc/en-us/articles/360059966372 |

EXHIBIT 2

| | |
|---|---|
| |  Zoom Phone > User<br><br>**Creating or editing synced contacts using call history or voicemail**<br><br>**Overview**<br><br>If you have Zoom Phone license and you've set up contacts integration, you can create synced contacts using your call history or voicemail. You can also edit an existing synced by adding a phone number to it.<br><br>Synced contacts are saved in your third-party contacts service (for example, Google or Outlook) and are synced to the Zoom desktop client so that you can easily view, call, or message your contacts from Zoom.<br><br>This article covers:<br>• Creating a new synced contact<br>• Editing an existing synced contact by adding a phone number<br><br>**Prerequisites**<br><br>• Zoom Phone license<br>• Policy setting for voicemail enabled by your admin<br>• Contacts integration set up with the **Write** permission enabled for contacts<br>**Note:** Contact your admin if you can't select the **Write** permission enabled. They may have restricted access to contact permissions.<br><br>https://support.zoom.us/hc/en-us/articles/360061936271-Creating-or-editing-synced-contacts-using-call-history-or-voicemail |

EXHIBIT 2

| | |
|---|---|
| | **Creating a new synced contact**<br><br>You can create synced contacts using your call history or voicemail.<br><br>1. Sign in to the Zoom desktop client.<br>2. Click the **Phone** tab.<br>3. Click the **Voicemail** tab.<br>4. Hover over a voicemail entry, click the ellipses button ⋯ , then click **Create Google Contact** or **Create Outlook Contact**.<br>5. Enter the following information:<br>• First name<br>• Last name<br>• Email<br>• Phone number (pre-entered from the call history voicemail entry)<br>• Phone number type (**Home**, **Main**, **Work**, **Mobile**)<br>**Note:** The available number types are based on the third-party contacts service.<br>• Contact folder: Select the contact folder to add the new contact to.<br>**Note:** Contact folders are only supported if you set up contact integration with Outlook, Office 365, or Exchange. Sign in to your Outlook, Office 365, or Exchange account to edit contact folders. If you set up contacts integration with Google, you will only see one option.<br>6. Click **Create**.<br>• The new synced contact will appear in the **Contacts** tab, under the **Cloud Contacts** section.<br>• If you set up contacts integration with Outlook, Office 365, or Exchange and you've organized contact into folders, you will see your contacts organized by these folders under **Cloud Contacts**<br><br>https://support.zoom.us/hc/en-us/articles/360061936271-Creating-or-editing-synced-contacts-using-call-history-or-voicemail |

EXHIBIT 2

| | |
|---|---|
| |  > Zoom Phone > Administrative<br><br>**Creating a shared directory of external contacts**<br><br>**Overview**<br><br>**Note:**<br>• This feature is different than viewing the internal contacts directory on desk phones. For more information, see the list of desk phone features.<br>• Phone users can't access the shared directory on provisioned desk phones. See the limitations for more information.<br><br>Account owners and admins can create a shared directory of external contacts. The shared directory is accessible by phone users using the Zoom desktop client or mobile app. When creating a directory, you can specify a third-party PBX provider so that Zoom Phone users can communicate with the external contacts.<br><br>This feature can be useful is these scenarios:<br>https://support.zoom.us/hc/en-us/articles/360037050092-Creating-a-shared-directory-of-external-contacts |

EXHIBIT 2

| | |
|---|---|
| | **Line Status Screen**<br><br>Press the **Line** soft key to enter the line status screen. The line status screen displays as below:<br><br><br><br>**Idle Screen description:**<br><br>No. — Description<br>1 — Displays the selected menu name.<br>2 — Displays the registered line number and the corresponding line (display user name by default). Line1 to Line8: The default outgoing line will display on the first line of screen. For more information on the user name, refer to Registering Account on page 29.<br>3 — Displays the icon of line status. The icon indicates the corresponding feature that assigned to the line. For example, indicates that the line is unassigned as outgoing line for the handset, indicates the forward feature is enabled for the line. For more information on feature status icon, refer to Icon<br><br>"Yealink_W60P_User_Guide_V81_30.pdf" available at http://support.yealink.com/documentFront/forwardToDocumentDetailPage?documentId=206 |